## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BOUMEDIENE v. BUSH** | ) | Civil Case No. 04-1166 (RJL) |
| **SLITI v. BUSH** | ) | Civil Case No. 05-0429 (RJL) |
| **KABIR v. BUSH** | ) | Civil Case No. 05-0431 (RJL) |
| **MAMMAR v. BUSH** | ) | Civil Case No. 05-0573 (RJL) |
| **AL KAHAIY v. BUSH** | ) | Civil Case No. 05-1239 (RJL) |
| **AL GINCO v. BUSH** | ) | Civil Case No. 05-1310 (RJL) |
| **AL BIHANI v. BUSH** | ) | Civil Case No. 05-1312 (RJL) |
| **GHAZY v. BUSH** | ) | Civil Case No. 05-2223 (RJL) |
| **RUMI v. BUSH** | ) | Civil Case No. 06-0619 (RJL) |
| **OBAYDULLAH v. BUSH** | ) | Civil Case No. 08-1173 (RJL) |

## SCHEDULING ORDER

It is hereby ORDERED that the Court will hold habeas proceedings in the above-listed cases on the following dates:

| Petitioner | Case No. | Date of Proceeding |
|---|---|---|
| Belkacem Bensayah | 04-cv-1166 | Mon, October 6, 2008 |
| Hadj Boudella | 04-cv-1166 | Tue, October 7, 2008 |
| Lakhdar Boumediene | 04-cv-1166 | Wed, October 8, 2008 |
| Mustafa Ait Idir | 04-cv-1166 | Thr, October 9, 2008 |
| Saber Lahmar | 04-cv-1166 | Fri, October 10, 2008 |
| Mohammed Nechle | 04-cv-1166 | Tue, October 14, 2008 |
| Hisham Sliti | 05-cv-0429 | Mon, October 27, 2008 |
| Yousuf Al Karany | 05-cv-0429 | Tue, October 28, 2008 |
| Mustafa Ibrahim | 05-cv-0429 | Wed, October 29, 2008 |

| | | |
|---|---|---|
| Abdallah Yahya Youssef Allsshaballi | 05-cv-2223 | Thr, October 30, 2008 |
| Moath Hamza Ahmed Al Alawi | 05-cv-2223 | Fri, October 31, 2008 |
| Mohammed Ali Hussain Khanina | 05-cv-2223 | Mon, November 3, 2008 |
| Abdulrahim Abdul Razak Al Ginco | 05-cv-1310 | Mon, December 1, 2008 |
| Ghaleb Nassar Al Bihani | 05-cv-1312 | Tue, December 2, 2008 |
| Obaydullah | 08-cv-1173 | Wed, December 3, 2008 |
| Ahmad Abu Abduttawaab | 05-cv-0429 | Thr, December 4, 2008 |
| Abdul Al Hadi | 05-cv-0429 | Fri, December 5, 2008 |
| Adel Al Hakeemy | 05-cv-0429 | Mon, December 8, 2008 |
| Fahd Abdullah Ahmed Ghazy | 05-cv-2223 | Mon, December 15, 2008 |
| Ali Adel Motaleb Aweid al Khaiy | 05-cv-1239 | Tue, December 16, 2008 |
| Ayman Mohammed Ahmed Al Shurfa | 05-cv-0431 | Wed, December 17, 2008 |
| Abbas Abid Rumi | 06-cv-0619 | Thr, December 18, 2008 |
| Ameur Mammar | 05-cv-0573 | Fri, December 19, 2008 |

**SO ORDERED.**

August 27, 2008

RICHARD J. LEON
United States District Judge