## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BOUMEDIENE v. BUSH** | ) | Civil Case No. 04-1166 (RJL) |
| **SLITI v. BUSH** | ) | Civil Case No. 05-0429 (RJL) |
| **KABIR v. BUSH** | ) | Civil Case No. 05-0431 (RJL) |
| **MAMMAR v. BUSH** | ) | Civil Case No. 05-0573 (RJL) |
| **AL KAHAIY v. BUSH** | ) | Civil Case No. 05-1239 (RJL) |
| **AL GINCO v. BUSH** | ) | Civil Case No. 05-1310 (RJL) |
| **AL BIHANI v. BUSH** | ) | Civil Case No. 05-1312 (RJL) |
| **GHAZY v. BUSH** | ) | Civil Case No. 05-2223 (RJL) |
| **RUMI v. BUSH** | ) | Civil Case No. 06-0619 (RJL) |
| **OBAYDULLAH v. BUSH** | ) | Civil Case No. 08-1173 (RJL) |

## AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that the Scheduling Order, entered August 27, 2008, is **VACATED**. It is further

**ORDERED** that habeas hearings for petitioners in *Boumediene v. Bush*, 04-cv-1166, will be held on October 27 – 31, 2008 and November 3, 2008. It is further

**ORDERED** that habeas hearings for petitioners in the other above-captioned cases will be rescheduled at a later date.

**SO ORDERED.**

October 2, 2008

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge