UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKHDAR BOUMEDIENE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Case No. 04-1166 (RJL) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER
[#137, 156]

Before the Court is Respondents' Motion for Leave to File Amended Factual Return [Dkt. #137] (hereinafter "Resp'ts Mot. to File Am. Return") and Petitioners' Motion for Definite Statement of Allegations and Public Version of Proposed Return (filed through the Court Security Office ("CSO") on August 26, 2008, Notice of Filing at [Dkt. #156], (hereinafter "Pet'rs Mot. for Defin. Stmt.")). Pursuant to the Court's July 30, 2008 Scheduling and Briefing Order, on August 22, 2008, respondents moved for leave to file an amended factual return to the petitions for writ of habeas corpus of Bensayah Belkacem, Saber Lahmar, Mohammed Nechle, Mustafa Ait Idir, Lakhdar Boumediene, and Hadj Boudella. Plaintiffs oppose this motion. (Pet'rs Opp'n to Resp'ts Mot. to File Am. Return (filed through the CSO on September 2, 2008, Notice of Filing at [Dkt. #150]); *see also id.* at 7 n.2 (incorporating by reference Pet'rs Mot. for Defin. Stmt.).)

Upon consideration of the pleadings, the entire record, the applicable law, and the positions espoused at the hearings held on August 27, 2008 and September 22, 2008, the Court **GRANTS** Respondents' Motion for Leave to File Amended Factual Return and **DENIES** Petitioners' Motion for Definite Statement of Allegations and Public Version of Proposed Return.[1]

**SO ORDERED.**

October 10, 2008

RICHARD J. LEON
United States District Judge

---

[1] Together with its proposed amended factual return, respondents filed "*in camera, ex parte* supplemental materials." (Resp'ts Mot. to File Am. Return at 7; *see also* Proposed Amended Factual Return [Dkt. #161 at 4-5].) Petitioners object to these *in camera, ex parte* submissions. (*See* Pet'rs Opp'n to Resp'ts Mot. to File Am. Return at 8-10.) As previously noted on the record, the Court will not review or consider these *in camera, ex parte* submissions without first notifying the parties and providing both parties with an opportunity to be heard on the issue of whether these materials should be considered.