# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAKHDAR BOUMEDIENE**, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Case No. 04-1166 (RJL) |
| ) | |
| **GEORGE W. BUSH**, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## SECOND AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that the hearing schedule set forth in the Amended Scheduling Order, entered October 2, 2008, is **VACATED**. It is further

**ORDERED** that habeas hearings for petitioners in the above-captioned case will be held on November 6, 7, 10, 11, 12, and 13, 2008. Portions of the hearing held on November 6, 2008 will be open to the public; any further open sessions will be posted on the docket and listed on the Court's schedule.

**SO ORDERED.**

October 31, 2008

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge