UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKHDAR BOUMEDIENE, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v.  ) | Civil Case No. 04-1166 (RJL) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

For the reasons set forth in this court's Memorandum Order of November 20, 2008, and for the reasons set forth on the record at the closed hearing held on the same date, it is, this 25th day of November, 2008, hereby

**ORDERED** that Petitioner Belkacem Bensayah's petition for writ of habeas corpus is **DENIED**, and it is further

**ORDERED** that Petitioner Lakhdar Boumediene's petition for writ of habeas corpus is **GRANTED**, and it is further

**ORDERED** that Petitioner Mohamed Nechla's petition for writ of habeas corpus is **GRANTED**, and it is further

**ORDERED** that Petitioner Hadj Boudella's petition for writ of habeas corpus is **GRANTED**, and it is further

**ORDERED** that Petitioner Mustafa Ait Idir's petition for writ of habeas corpus is **GRANTED**, and it is further

**ORDERED** that Petitioner Saber Lahmar's petition for writ of habeas corpus is **GRANTED**, and it is further

**ORDERED** that Respondents are directed to take all necessary and appropriate diplomatic steps to facilitate the release of Petitioners Lakhdar Boumediene, Mohamed Nechla, Hadj Boudella, Mustafa Ait Idir, and Saber Lahmar forthwith.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　／s／ Richard J. Leon
　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　United States District Judge