IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKHDAR BOUMEDIENE, et al. *Petitioners*, v. BARACK H. OBAMA, et al. *Respondents*. | Civil Action No. 04-cv-1166 (RJL) |

**PETITIONERS' NOTICE OF FILING UNDER SEAL:
ERRATA SHEET FOR MOTION OF PETITIONER BELKACEM BENSAYAH FOR
RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b)(2)**

Petitioners hereby give notice that on May 29, 2009, they filed with the Court Security Office, for delivery to the Court and service upon the Government, Errata Sheet for Motion of Petitioner Belkacem Bensayah for Relief From Judgment Pursuant to Fed. R. Civ. P. 60(b)(2)

Respectfully submitted,

/s/ Allyson J. Portney

| | |
|---|---|
| Seth P. Waxman (*admitted*) | Stephen H. Oleskey (*admitted pro hac vice*) |
| Paul Wolfson (*admitted*) | Robert C. Kirsch (*admitted pro hac vice*) |
| Robert J. McKeehan (*admitted*) | Mark C. Fleming (*admitted pro hac vice*) |
| Wilmer Cutler Pickering Hale and Dorr LLP | Gregory P. Teran (*admitted pro hac vice*) |
| 1875 Pennsylvania Avenue NW | Allyson J. Portney (*admitted pro hac vice*) |
| Washington, DC 20006 | Joshua D. Jacobson (*admitted pro hac vice*) |
| | Wilmer Cutler Pickering Hale and Dorr LLP |
| Douglas F. Curtis (*admitted*) | 60 State Street |
| Paul M. Winke (*admitted pro hac vice*) | Boston, MA  02109 |
| Wilmer Cutler Pickering Hale and Dorr LLP | (617) 526-6000 |
| 399 Park Avenue | |
| New York, NY  10022 | |

Dated:  June 2, 2009