IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BELKACEM BENSAYAH (ISN 10001),

    Petitioner,

  v.

BARACK H. OBAMA, *et al.*,

    Respondents.

Civil Action No. 04-CV-1166 (RJL)

## NOTICE OF TRANSFER OF PETITIONER BELKACEM BENSAYAH

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Belkacem Bensayah (ISN 10001) and transferred him to the control of the Government of Algeria.

Dated: December 5, 2013

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Directors

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
FREDERICK S. YOUNG (D.C. Bar No. 421285)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC 20530
Tel: (202) 616-5084

1

Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

Attorneys for Respondents